IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA BROWN o/b/o L.B., | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : NO. 15-1024 |
| v. | : |
| | : |
| CAROLYN W. COLVIN, ACTING | : |
| COMMISSIONER of the SOCIAL | : |
| SECURITY ADMINISTRATION, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 14th day of June 2016, upon consideration of the Plaintiff's Request for Review on behalf of her minor son L.B. (ECF Doc. No. 11), the Commissioner's Response (ECF No. 14), Magistrate Judge Heffley's detailed Report and Recommendation (ECF Doc. No. 21), Plaintiff's Objections (ECF Doc. No. 23), Plaintiff's Motion for oral argument (ECF Doc. No. 25) the Commissioner's Response (ECF Doc. No. 26) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Request for Review (ECF Doc. No. 11) is **GRANTED**;

2. Plaintiff's Objection (ECF Doc. No. 11) to the Administrative Law Judge's finding of a "less than marked" limitation in the domain of "attending and completing tasks" is **SUSTAINED**;

3. The Commissioner's final decision denying disability benefits is **VACATED** and we **REMAND** under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the accompanying Memorandum; and

4. Plaintiff's Motion for Oral Argument (ECF Doc. No. 25) is **DENIED** as moot.

KEARNEY, J.